## Case No. 1,117.

### BAUMAN v. UNION PAC. R. CO.

[3 Dill. 367.] [1]

Circuit Court, D. Nebraska. 1875.

FEDERAL COURTS—JURISDICTION OVER UNION PACIFIC RAILROAD—ACT JULY 1, 1862.

Under the charter of the Union Pacific Railroad Company, it may sue and be sued in the circuit court of the United States for the district of Nebraska, without reference to the citizenship of the adverse party.

[See Pacific Railroad Removal Cases, 115 U. S. 1, 5 Sup. Ct. 1113.]

[Suit by Charles J. Bauman against the Union Pacific Railroad Company.] Motion by the defendant to dismiss the action for want of jurisdiction in the court. [Denied.]

A. J. Poppleton and E. Wakely, for the motion.

W. M. Francis, contra.

MILLER, Circuit Justice. The petition alleges that the plaintiff is a citizen of the

[1] [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]

state of Nebraska, and that the defendant is a corporation created by and existing under the laws of the United States; and the question is whether it is suable in this court by a citizen of the state of Nebraska. Under the charter of the defendant company, I have heretofore held that it was suable in this court by a citizen of another state,—Smith v. Union Pac. R. Co., [Case No. 13,121,]—and I am of opinion, on consideration of the provisions of the charter, that it may sue and be sued in this district, without reference to the citizenship of the adverse party—[Act July 1, 1862;] 12 Stat. 489.

See Turton v. Union Pac. R. Co., [Case No. 14,273, and Act March 3, 1875; 18 Stat. 470.]